**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN LLP**
Richard C. Wootton (Cal. Bar No. 88390)
Mark E. Tepper (Cal. Bar No. 275902)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: rwootton@cwlfirm.com
Email: mtepper@cwlfirm.com

Attorneys for Defendant/Cross-defendant,
VORTEX MARINE CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GEORGE HARTUNG; ROBERT LOUIS HARTUNG,<br><br>Plaintiffs,<br><br>v.<br><br>VORTEX MARINE CONSTRUCTION, INC., GARY PAUL VELLA; DOES 1-10<br><br>Defendants.<br><br>And related cross actions. | Case No.: 2:15-cv-01034-WBS-AC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE** |

WHEREAS, the current deadline to complete expert disclosures pursuant to F.R.C.P. 26 is set for February 15, 2016, with rebuttal expert disclosures due one month later;

WHEREAS, the current deadline to complete all discovery, including expert discovery, is set for May 31, 2016;

WHEREAS, despite the diligence of the parties, substantial fact discovery necessary for the parties' experts to prepare and disclose meaningful reports has yet to be completed, including at least ten (10) depositions.  The necessary discovery cannot be completed by February 15, 2016.  It is anticipated that the necessary fact discovery will be completed by

April 1, 2016. Accordingly, the parties agree good cause exists to extend the deadline to disclose experts to April 15, 2016, and rebuttal experts to May 16, 2016.

WHEREAS, the new expert disclosure deadlines would afford the parties over two (2) months to complete expert discovery. However, in light of the number of expert witnesses anticipated to be called in this case, the parties agree that a discovery cutoff date of July 1, 2016 would be more appropriate. This would place the discovery cutoff deadline over four (4) months in advance of trial, currently set for November 15, 2016. The parties do not wish to alter the trial date;

NOW, THEREFORE, the parties hereby stipulate and agree that the deadline to disclose experts shall be extended to April 15, 2016, the deadline to disclose rebuttal experts shall be extended to May 16, 2016, and the discovery cutoff deadline shall be extended to July 1, 2016, pending the Court's approval.

IT IS SO STIPULATED.

Dated: February 4, 2016         LAW OFFICES OF MARK S. NELSON
                                Attorney for Plaintiffs,
                                William Hartung and Robert Hartung

                                By:   /s/ Mark S. Nelson

Dated: February 4, 2016         COX, WOOTTON, LERNER
                                GRIFFIN & HANSEN LLP
                                Attorneys for Defendant/Cross-defendant,
                                Vortex Marine Construction, Inc.

                                By:   /s/ Mark E. Tepper

Dated: February 4, 2016         DEMLER, ARMSTRONG
                                & ROWLAND, LLP
                                Attorneys for Defendant/Cross-defendant,
                                Gary Vella

                                By:   /s/ Paul M. Bessette

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-2-                                                Case No. 2:15-cv-01034-WBS-AC
STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE

**CERTIFICATE OF SIGNATURES**

I attest that the content of this document is acceptable to attorneys Mark S. Nelson and Paul M. Bessette, and that each of them has authorized me to sign this document on their behalf.

**[~~PROPOSED~~] ORDER**

Pursuant to Paragraph IX of the Status (Pretrial Scheduling) Order (ECF No. 14), and the parties' stipulation, it is hereby ORDERED that the current deadline for expert disclosures shall be vacated and reset for April 15, 2016, with rebuttal expert disclosures reset for May 16, 2016. It is further ORDERED that the current discovery cutoff deadline shall be vacated and reset for July 1, 2016.

IT IS SO ORDERED.

DATED: February 8, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-3-  Case No. 2:15-cv-01034-WBS-AC
STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE