**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN LLP**
Richard C. Wootton (Cal. Bar No. 88390)
Mark E. Tepper (Cal. Bar No. 275902)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601
Email: rwootton@cwlfirm.com
Email: mtepper@cwlfirm.com

Attorneys for Defendant/Cross-defendant,
VORTEX MARINE CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GEORGE HARTUNG; ROBERT LOUIS HARTUNG,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>VORTEX MARINE CONSTRUCTION, INC., GARY PAUL VELLA; DOES 1-10<br><br>　　　　　　Defendants.<br>_____<br>And related cross actions. | Case No.: 2:15-cv-01034-WBS-AC<br><br>**STIPULATION EXTENDING EXPERT DISCLOSURE DEADLINE AND [PROPOSED] ORDER** |

　　　　WHEREAS, the current deadline to complete expert disclosures pursuant to F.R.C.P. 26 is set for April 15, 2016, with rebuttal expert disclosures due one month later;

　　　　WHEREAS, the current deadline to complete all discovery, including expert discovery, is set for July 1, 2016;

　　　　WHEREAS, despite the diligence of the parties, substantial fact discovery necessary for the parties' experts to prepare and disclose meaningful reports has yet to be completed, including at least ten (10) depositions, one of which being defendant Gary Vella's, who has been hospitalized and unavailable due to serious health issues, as well as the plaintiffs' IME's which have yet to be completed due to the their ongoing health issues (one of them is

in rehab until at least early May).  Accordingly, the necessary discovery cannot be completed by April 15, 2016.  It is anticipated that the necessary fact discovery will be completed by June 1, 2016.  Accordingly, the parties agree good cause exists to extend the deadline to disclose experts to June 30, 2016, and rebuttal experts to July 30, 2016.

WHEREAS, the new expert disclosure deadlines would afford the parties over three (3) months to complete expert discovery.  However, in light of the number of expert witnesses anticipated to be called in this case, the parties agree that a discovery cutoff date of September 1, 2016 would be more appropriate.  This would place the discovery cutoff deadline over two months in advance of trial, currently set for November 15, 2016.  The parties do not wish to alter the trial date;

NOW, THEREFORE, the parties hereby stipulate and agree that the deadline to disclose experts shall be extended to June 30, 2016, the deadline to disclose rebuttal experts shall be extended to July 30, 2016, and the discovery cutoff deadline shall be extended to September 1, 2016, pending the Court's approval.

IT IS SO STIPULATED.

Dated:  March 31, 2016           LAW OFFICES OF MARK S. NELSON
                                 Attorney for Plaintiffs,
                                 William Hartung and Robert Hartung


                                 By:    /s/ Mark S. Nelson

Dated: March 31, 2016            COX, WOOTTON, LERNER
                                 GRIFFIN & HANSEN LLP
                                 Attorneys for Defendant/Cross-defendant,
                                 Vortex Marine Construction, Inc.


                                 By:    /s/ Mark E. Tepper

Dated: March 31, 2016            DEMLER, ARMSTRONG
                                 & ROWLAND, LLP
                                 Attorneys for Defendant/Cross-defendant,
                                 Gary Vella


                                 By:    /s/ Paul M. Bessette

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

**CERTIFICATE OF SIGNATURES**

I attest that the content of this document is acceptable to attorneys Mark S. Nelson and Paul M. Bessette, and that each of them has authorized me to sign this document on their behalf.

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED that the current deadline for expert disclosures shall be vacated and reset for June 30, 2016, with rebuttal expert disclosures reset for July 30, 2016. It is further ORDERED that the current discovery cutoff deadline shall be vacated and reset for September 1, 2016.

IT IS SO ORDERED.

Dated: April 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

-3-  Case No. 2:15-cv-01034-WBS-AC
STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINE